**Date of Arrest:** 11/13

# UNITED STATES DISTRICT COURT

District of Arizona

UNITED STATES OF AMERICA,
Vs.
Oscar Santiago DURON-Salazar
AKA: None Known
Mexico
YOB: 1998
226181865
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 26-01929MJ

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.

That on or about November 13, 2026, near San Luis, Arizona, in the District of Arizona, Defendant Oscar Santiago DURON-Salazar, an alien, did knowingly and voluntarily enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1) (Misdemeanor).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Louie Uhl AUSA Louis Uhl

Victor Martinez
Signature of Complainant
Brandon Charles
Border Patrol Agent

Sworn to before me and subscribed telephonically,

November 16, 2026 at Yuma, Arizona
Date City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

# STATEMENT OF FACTUAL BASIS

Defendant: Oscar Santiago DURON-Salazar

Dependents: None

IMMIGRATION HISTORY: The Defendant is an illegal alien.

CRIMINAL AND IMMIGRATION HISTORY:

| DATE | LOCATION | OFFENSE | DISPOSITION | SENTENCE |
| --- | --- | --- | --- | --- |
| N/A | N/A | N/A | N/A | N/A |

Narrative: The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Border Patrol Agents near San Luis, Arizona.

The Defendant was questioned as to their citizenship and immigration status. Border Patrol Agents determined that the Defendant is an undocumented National of Mexico and illegally in the United States.

The Defendant was transported to Yuma Border Patrol Station for processing. During processing, questioning, and computer records checks; the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near San Luis, Arizona on November 13, 2026.

Border Patrol Agents advised the Defendant of their Miranda Rights. The Defendant understood those rights as they were explained to him and chose to waive his rights, agreeing to answer questions. During the interview, the Defendant stated that hid intention after entering the United States was to travel to Arizona.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements, and questioning of the Defendant in this matter from initial contact through the writing of this document: BPAs D. Landeros and B. Cota.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc.) from initial field contact through the writing of this document: BPA S. Lyons

Charges:

| | |
| --- | --- |
| 8 USC 1325(a)(1) | M |

Victor Martinez

Signature of Complainant

Sworn to before me and subscribed telephonically,

November 16, 2026

Date

Signature of Judicial Officer

# ***Probable Cause Statement***

*I, Border Patrol Agent Brandon Charles, declare under penalty of perjury, the following is true and correct:*

Defendant: **Oscar Santiago Duron-Salazar**

Dependents: None

**IMMIGRATION HISTORY:** The Defendant is an illegal alien and has been apprehended by the United States Border Patrol on zero (0) previous occasions. The Defendant has been removed a total of zero (0) times.

**CRIMINAL HISTORY:**

| **DATE** | **LOCATION** | **OFFENSE** | **DISPOSITION** |
|---|---|---|---|
| **N/A** | **N/A** | **N/A** | **N/A** |

Narrative: The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Border Patrol agents near San Luis, Arizona.

The Defendant was questioned as to their citizenship and immigration status. Agents determined that the Defendant is an undocumented National of Mexico and illegally in the United States.

The Defendant was transported to the Yuma Border Patrol station for processing. During processing, questioning and computer records checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near San Luis, Arizona on November 13, 2026.

Border Patrol Agents advised the Defendant of their Miranda Rights at which time, the Defendant decided to waive their rights, agreeing to answer questions. During the interview, the Defendant stated that hid intention after entering the United States was to travel to Arizona.

***Executed on: November 15,2026*** *Time: 7:00 A.M*

Brandon Charles

*Signed:* ***Brandon Charles***